# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF MISSISSIPPI
# JACKSON DIVISION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:08-CR-0079 DPJ JCS

KIMBERLY GENTRY
CANDANCE BROWN,
LATONYA CASNELL, and
JAMAAL TYLER

## ORDER OF DISMISSAL OF REMAINING COUNTS
## AS TO DEFENDANT LATONYA CASNELL WITHOUT PREJUDICE

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed herein, the United States Attorney for the Southern District of Mississippi hereby dismisses Counts 2, 3, 4, 5, 7, 8, 9, 10, 11, 13, 14, 16, 17, 18, 19 and 20 of the Indictment against defendant LATONYA CASNELL without prejudice.

Respectfully submitted,

STAN HARRIS
Acting United States Attorney

/s/Dave Fulcher
By: DAVE FULCHER
Assistant United States Attorney

Leave of Court is granted for the filing of the foregoing dismissal of Counts 2, 3, 4, 5, 7, 8, 9, 10, 11, 13, 14, 16, 17, 18, 19 and 20 as to defendant LATONYA CASNELL without prejudice.

**SO ORDERED AND ADJUDGED** this the 28th day of August, 2009.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE